**ORDERED ACCORDINGLY.**

Dated: January 29, 2015

_____
**Brenda K. Martin, Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re ) | In Proceedings Under Chapter Eleven |
| PHOENIX AZ POWER SWEEP, INC., ) | Case No. 2-14-bk-00386 BKM |
| ) Debtor. ) | ORDER APPROVING DEBTOR'S APPLICATION TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS |

Debtor having filed an Application to Sell Real Property Free and Clear of Liens, the matter having been duly noticed to creditors and parties-in-interest as evidenced by the Affidavit of Service on file with the Court; the Court having held a Hearing on said Application; either no objections having been filed or objections having been filed and subsequently resolved; and, the Court finding that it would be in the best interest of the Debtor and all parties-in-interest to sell said property and good cause appearing;

IT IS HEREBY ORDERED approving the Application to sell the below described property free and clear of all liens with said liens attaching to the sale proceeds to Lemden Investments, LLC and/or Assignee for the sum of $232,500.00.

The sale proceeds shall be used to provide payment as follows:

    a.     Deed of Trust in favor of S.J. Dyer Cement Contractor: Approximately $138,182.90;

    b.     Maricopa County Treasurer: Property tax in the approximate amount of $17,268.24 plus applicable interest;

    c.     Commissions of 6%; and

    d.     Any necessary closing costs.

(1)

Property located at 2012 South 5th Avenue, Phoenix, Arizona, 85003 legally described as:

Lots 23, 24, 25 and 26, Block 2, Gay Don, according to Book 26 of Maps, page 25, records of Maricopa County, Arizona.

Parcel ID Numbers 112-44-036, 112-44-037, 112-44-038, and 112-44-039.

IT IS HEREBY FURTHER ORDERED waiving the Rule 6004(h), Rules of Bankruptcy Procedure, fourteen (14) day stay period.

DATED AND SIGNED ABOVE.